NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARIO D. POWERS, DOC #X56990,     )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-4684
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____ )

Opinion filed April 10, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Joanna B. Conner, Assistant Public
Defender, Bartow, for Appellant.

Mario D. Powers, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

          Affirmed.

SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.